775 A.2d 1289

IN THE MATTER OF MARC M. SCOLA, AN ATTORNEY AT LAW.

July 23, 2001.

## ORDER

**MARC M. SCOLA** of **ALLAMUCHY**, who was admitted to the bar of this State in 1993, having pleaded guilty to one count of violation of *N.J.S.A.* 2C:20–4 (third-degree theft by deception) and one count of violation of *N.J.S.A.* 2C:20–5(a)(1) (third-degree witness tampering), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MARC M. SCOLA** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MARC M. SCOLA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MARC M. SCOLA** comply with *Rule* 1:20–20 dealing with suspended attorneys.